The People of the State of New York, Respondent, v Princesam Bailey, Appellant.

Submitted August 7, 2017; decided September 5, 2017

Motion for assignment of counsel granted and Christina A. Swarns, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

The People of the State of New York, Respondent, v Quinn Britton, Appellant.

Submitted August 21, 2017; decided September 5, 2017

Motion for poor person relief granted.

The People of the State of New York, Respondent, v Preston S. Daigler, Appellant.

Submitted June 26, 2017; decided September 5, 2017

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

The People of the State of New York, Respondent, v Emmanuel Diaz, Appellant.

Submitted August 28, 2017; decided September 5, 2017

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.